RECEIVED

MAR 29 2012

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SYBASE, INC.<br><br>Defendant. | CASE NO. 5:12-cv-01099-HRL<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Joseph M. Beauchamp, whose business address and telephone number is

JONES DAY
717 Texas Ave., Suite 3300, Houston, TX 77002
Tel. No.: (832) 239-3939

and who is an active member in good standing of the bar of U.S.D.C. S.D. of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendant.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: March 27, 2012

*Lucy H. Koh*
United States District Judge