UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., | Case No.: 12-CV-01099-LHK |
| | Related Case No.: 12-CV-01658-LHK |
| Plaintiff, | Related Case No.: 12-CV-01940-LHK |
| v. | |
| SYBASE, INC., | ORDER REGARDING CASE MANAGEMENT CONFERENCE |
| Defendant. | |
| AND ALL RELATED ACTIONS | |

The two related cases, *Softvault Systems, Inc. v. Sybase, Inc.*, 12-CV-01099-LHK, and *Softvault Systems, Inc. v. Symantec Corp.*, 12-CV-01658, are set for an initial case management conference on July 11, 2012. The Court recently granted Softvault System's motion to relate in a third case: *Softvault Systems, Inc. v. CA, Inc.*, 12-CV-01940. In light of the fact that the same patents (and overlapping claims) are asserted in all actions, and in the interest of judicial economy, the case management conferences in *Softvault Systems, Inc. v. Sybase, Inc.*, 12-CV-01099-LHK and *Softvault Systems, Inc. v. Symantec Corp.*, 12-CV-01658 are CONTINUED to August 1, 2012 at 2:00 p.m. The initial case management conference in *Softvault Systems, Inc. v. CA, Inc.,* 12-CV-01940 is also set for August 1, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: July 9, 2012

_____
LUCY H. KOH
United States District Judge