UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., <br><br>              Plaintiff, <br>     v. <br><br>SYBASE, INC., <br><br>              Defendant. <br><br>AND ALL RELATED ACTIONS | Case No.: 12-CV-01099-LHK <br> Related Case No.: 12-CV-01658-LHK <br> Related Case No.: 12-CV-01940-LHK <br><br> ORDER REGARDING CASE <br> MANAGEMENT CONFERENCE |

The two related cases, *Softvault Systems, Inc. v. Sybase, Inc.*, 12-CV-01099-LHK, and *Softvault Systems, Inc. v. Symantec Corp.*, 12-CV-01658, are set for an initial case management conference on July 11, 2012. The Court recently granted Softvault System's motion to relate in a third case: *Softvault Systems, Inc. v. CA, Inc.*, 12-CV-01940. In light of the fact that the same patents (and overlapping claims) are asserted in all actions, and in the interest of judicial economy, the case management conferences in *Softvault Systems, Inc. v. Sybase, Inc.*, 12-CV-01099-LHK and *Softvault Systems, Inc. v. Symantec Corp.*, 12-CV-01658 are CONTINUED to August 1, 2012 at 2:00 p.m. The initial case management conference in *Softvault Systems, Inc. v. CA, Inc.,* 12-CV-01940 is also set for August 1, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: July 9, 2012

_____
LUCY H. KOH
United States District Judge

1
Case Nos.: 12-CV-01099-LHK; 12-CV-01658-LHK; 12-CV-01940-LHK
ORDER RE: CASE MANAGEMENT CONFERENCES