UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., <br><br>                Plaintiff, <br>   v. <br><br>SYBASE, INC. <br>                Defendant. <br><br>AND RELATED ACTIONS | Case No.: 12-CV-1099-LHK <br>Consolidated Case No.: 12-CV-1658 <br>Consolidated Case No.: 12-CV-1940 <br><br>ORDER CONSOLIDATING CASES; MINUTE ORDER AND CASE MANAGEMENT ORDER |

Clerk: Martha Parker Brown
Reporter: Lee-Anne Shortridge
Length of hearing: 28 minutes

Plaintiff's Attorneys: Corby R. Vowell, P.J. Benedict O'Mahoney.
Attorneys for Defendant Sybase: Tharan Lanier, Edison Lin;
Attorney for Symantec: Michael Sacksteder;
Attorneys for CA: Matthew Vafidis, Joshua Krumholz.

     A case management conference was held on August 1, 2012 at 2:00 p.m. A further case management conference is set for October 10, 2012 at 2:00 p.m.

     The following cases are consolidated for all pre-trial purposes: *Softvault Systems, Inc. v. Sybase*, Inc., 12-CV-1099; *Softvault Systems, Inc. v. Symantec Corporation*, 12-CV-1658; and *Softvault Systems, Inc. v. CA, Inc*., 12-CV-1940.

     Pursuant to the Patent Local Rules, the Court will construe a maximum of 10 terms during claim construction.

     Plaintiff shall produce documents related to the license issue by August 6, 2012. The following schedule was set in relation to Plaintiff's pending Motion for Summary Judgment in the case of *Softvault Systems, Inc. v. Sybase Inc.*, 12-CV-1099:

     Opposition shall be filed by October 15, 2012.
     Reply shall be filed by October 22, 2012.
     Motion Hearing is set for November 8, 2012 at 1:30 p.m.

The following case schedule was set for all three consolidated cases:

| | |
|---|---|
| Service of Asserted Claims and Infringement Contentions | 8/15/2012 |
| Service of Proposed Protective Orders | 8/24/2012 |
| Exchange of Initial Disclosures | 8/29/2012 |
| Parties Exchange Invalidity Contentions and Last Day to Amend Pleadings | 10/1/2012 |

Case Nos.: 12-CV-1099-LHK; 12-CV-1658; 12-CV-1940
ORDER CONSOLIDATING CASES; MINUTE ORDER AND CASE MANAGEMENT ORDER

| | |
|---|---|
| Parties Exchange Proposed Claim Terms and Last Day for Mediation Session | 10/15/2012 |
| Last Day to Meet and Confer on Proposed Terms | 10/25/2012 |
| Parties Exchange Preliminary Claim Constructions | 11/5/2012 |
| Last Day to Meet and Confer on Narrowing Issues and Joint Claim Construction | 11/21/2012 |
| Parties File Joint Claim Construction and Prehearing Statement | 11/30/2012 |
| Close of Claim Construction Discovery | 12/21/2012 |
| Claim Construction Opening Briefs Due | 1/15/2013 |
| Claim Construction Responsive Briefs Due | 1/29/2013 |
| Claim Construction Reply Briefs Due | 2/5/2013 |
| Technology Tutorial | 3/7/2013 at 10:00 a.m. |
| Claim Construction Hearing | 3/7/2013 at 2:00 p.m. |
| Parties Serve Initial Expert Reports | 6/28/2013 |
| Parties Serve Rebuttal Expert Reports | 7/26/2013 |
| Close All Discovery | 8/16/2013 |
| Last Day to File Dispositive Motions | 8/29/2013 |
| Hearing on Dispositive Motions | 10/10/2013 at 1:30 p.m. |
| Pretrial Disclosures | 12/13/2013 |
| Final Pretrial Conference | 1/15/2014 at 2:00 p.m. |
| Jury Trial (13 court days) | 2/3/2014 at 9:00 a.m. (estimated 10 days) |

**IT IS SO ORDERED.**

Dated: August 1, 2012

LUCY H. KOH
United States District Judge

Case Nos.: 12-CV-1099-LHK; 12-CV-1658; 12-CV-1940
ORDER CONSOLIDATING CASES; MINUTE ORDER AND CASE MANAGEMENT ORDER