IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOFTVAULT SYSTEMS, INC.,

    Plaintiff,

v.

SYBASE, INC.,

    Defendant.

CASE NO. 5:12-cv-01099-LHK-HRL

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Todd I. Blumenfeld, whose business address and telephone number is

Friedman, Suder & Cooke
604 East 4th Street, Suite 200, Fort Worth, Texas 76102
Ph. 817.334.0400 and Email: blumenfeld@fsclaw.com

and who is an active member in good standing of the bar of the Supreme Court of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 26, 2012

*Lucy H. Koh*
Judge Lucy H. Koh
United States District Judge