United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., | Case No.: 12-CV-01099-LHK |
| Plaintiff, | |
| v. | ORDER TO FILE STIPULATION OF DISMISSAL |
| SYBASE, INC., | |
| Defendant. | |

On October 26, 2012, the parties filed a notice of settlement, indicating that they had reached an agreement. ECF No. 62. There is a case management conference and hearing on Plaintiff's motion for summary judgment scheduled for November 8, 2012. The parties are hereby ORDERED to file a stipulation of dismissal by 6:00 p.m. on Friday, November 2, 2012. If the parties do not file their stipulation of dismissal by that time, the hearing will go forward as scheduled on November 8, 2012.

**IT IS SO ORDERED.**

Dated: November 1, 2012

_____
LUCY H. KOH
United States District Judge