United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SYBASE, INC., ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No.: 12-CV-01099-LHK <br><br> ORDER CONTINUING MOTION HEARING |

On October 26, 2012, the parties filed a notice of settlement, indicating that they had reached an agreement. ECF No. 62. On November 1, 2012, the Court ordered the parties to file their stipulation of dismissal by Friday, November 2, 2012. ECF No. 65. The parties have represented that they have reached a final agreement, but have been unable to obtain all the required signatures due to parties' locations overseas and in areas affected by Hurricane Sandy. Accordingly, the Court hereby continues the motion hearing scheduled for November 8, 2012 to November 15, 2012 at 1:30 p.m. There will be no further continuances. The case management conference on November 8, 2012 at 1:30 remains as set.

**IT IS SO ORDERED.**

Dated: November 7, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-01099
ORDER CONTINUING MOTION HEARING