| | |
|---|---|
| 1 | Alisa Lipski (Bar No. 278710) |
| 2 | Edward Goldstein (*Pro Hac Vice to be filed*)<br>GOLDSTEIN & LIPSKI, PLLC |
| 3 | 1177 West Loop South, Suite 400<br>Houston, TX 77027 |
| 4 | Telephone: (713) 877-1515<br>Facsimile: (713) 877-1737 |
| 5 | Email: alipski@gliplaw.com<br>Email: egoldstein@gliplaw.com |
| 6 | Jonathan T. Suder (admitted *Pro Hac Vice*) |
| 7 | Corby R. Vowell (admitted *Pro Hac Vice*)<br>Todd I. Blumenfeld (admitted *Pro Hac Vice*) |
| 8 | FRIEDMAN, SUDER & COOKE<br>Tindall Square Warehouse No. 1 |
| 9 | 604 East 4th Street, Suite 200<br>Fort Worth, Texas  76102 |
| 10 | Telephone:  (817) 334-0400<br>Facsimile:  (817) 334-0401 |
| 11 | Email:  jts@fsclaw.com<br>Email:  vowell@fsclaw.com |
| 12 | Email:  blumenfeld@fsclaw.com |
| 13 | Benedict O'Mahoney (Bar No.152447)<br>TERRA LAW |
| 14 | 177 Park Avenue, Third Floor<br>San Jose, California 95113 |
| 15 | Ph.:  408-299-1200<br>Fax:  408-998-4895 |
| 16 | Email:  bomahoney@terralaw.com |
| 17 | Attorneys for Plaintiff<br>SOFTVAULT SYSTEMS, INC. |
| 18 | Tharan Gregory Lanier (SBN 138784) |
| 19 | Jane L. Froyd (SBN 220776)<br>JONES DAY |
| 20 | 1755 Embarcadero Road<br>Palo Alto, CA  94303 |
| 21 | Telephone:   (650) 739-3939<br>Facsimile:    (650) 739-3900 |
| 22 | tglanier@jonesday.com<br>jfroyd@jonesday.com |
| 23 | Joseph M. Beauchamp (*Pro Hac Vice*) |
| 24 | JONES DAY<br>717 Texas, Suite 3300 |
| 25 | Houston, TX 77002<br>Telephone:      (832) 239-3939 |
| 26 | Facsimile:     (832) 239-3600<br>jbeauchamp@jonesday.com |
| 27 | Attorneys for Defendant |
| 28 | SYBASE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SYBASE, INC., <br><br> Defendant. | CASE NO. 5:12-cv-01099-LHK <br><br> [PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF SYBASE, INC. <br><br> JURY TRIAL DEMANDED |

Recognizing the Stipulation of Dismissal filed by Plaintiff SoftVault Systems, Inc. and Defendant Sybase, Inc., it is

ORDERED that the claims and counterclaims asserted herein by Plaintiff SoftVault Systems, Inc. and Defendant Sybase, Inc. against each other be, and hereby are, dismissed WITH PREJUDICE; and

ORDERED that each party shall bear its own costs and attorney's fees.

Signed this 13 day of November, 2012

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

3