UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SOFTVAULT SYSTEMS, INC, | ) | Case No.: 12-CV-05546-LHK |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING CASE |
| | ) | MANAGEMENT CONFERENCE |
| v. | ) | |
| | ) | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The case management conference set for May 9, 2013, is continued to September 12, 2013, at 1:30 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by September 5, 2013. The case schedule remains as set in ECF No. 26.

**IT IS SO ORDERED.**

Dated: May 7, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-05546-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE