United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SOFTVAULT SYSTEMS, INC, | ) | Case No.: 12-CV-05541-LHK |
|---|---|---|
| Plaintiff, | ) ) | ORDER CONTINUING HEARING AND |
| v. | ) ) | CASE MANAGEMENT CONFERENCE |
| NOVELL, INC., | ) ) |  |
| Defendant. | ) ) |  |
|  | ) ) |  |

The hearing and case management conference set for May 9, 2013, are continued to July 11, 2013, at 1:30 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by July 4, 2013. The case schedule remains as set in ECF No. 32.

**IT IS SO ORDERED.**

Dated: May 7, 2013

_Lucy H. Koh_____

LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-05541-LHK
ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE