1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SOFTVAULT SYSTEMS, INC, | ) | Case No.: 12-CV-05541-LHK |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING HEARING AND |
| | ) | CASE MANAGEMENT CONFERENCE |
| v. | ) | |
| | ) | |
| NOVELL, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The hearing and case management conference set for May 9, 2013, are continued to July 11, 2013, at 1:30 p.m.  Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by July 4, 2013.  The case schedule remains as set in ECF No. 32.

**IT IS SO ORDERED.**

Dated: May 7, 2013

         *Lucy H. Koh*
LUCY H. KOH
United States District Judge

1