BENEDICT O'MAHONEY (CA Bar No. 152447)
bomahoney@terralaw.com
**TERRA LAW**
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone:  (408) 299-1200
Facsimile:  (408) 998-4895

JONATHAN T. SUDER (*Pro Hac Vice To Be Filed*)
CORBY R. VOWELL (*Pro Hac Vice To Be Filed*)
TODD I. BLUMENFELD (*Pro Hac Vice To Be Filed*)
**FRIEDMAN, SUDER & COOKE**
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas  76102
Telephone:  (817) 334-0400
Facsimile:  (817) 334-0401
Email:  jts@fsclaw.com
Email:  vowell@fsclaw.com
Email:  blumenfeld@fsclaw.com

*Counsel for Plaintiff*
*SOFTVAULT SYSTEMS, INC.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVELL, INC., <br><br> Defendant. | Case No. 5:12-cv-05541-LHK <br><br> [**PROPOSED**] **ORDER GRANTING STIPULATION OF DISMISSAL OF NOVELL, INC.** <br><br> **JURY TRIAL DEMANDED** |

Recognizing the Stipulation of Dismissal filed by Plaintiff SoftVault Systems, Inc. and Defendant Novell, Inc., it is

ORDERED that the claims and counterclaims asserted herein by Plaintiff SoftVault Systems, Inc. and Defendant Novell, Inc. against each other be, and hereby are, dismissed WITH PREJUDICE; and

ORDERED that each party shall bear its own costs and attorney's fees.
The Clerk shall close the file.


Signed this  3   day of      July     , 2013

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE