1  DUANE MORRIS LLP
   Karineh Khachatourian (SBN 202634)
2  kkhachatourian@duanemorris.com
   Patrick S. Salceda (SBN 247978)
3  psalceda@duanemorris.com
   490 S. California Avenue, Suite 200
4  Palo Alto, CA 94306-2068
   Telephone: 650.847.4150
5  Facsimile: 650.847.4151

6  Attorneys for Defendant/Counterclaim-plaintiff
   CISCO SYSTEMS, INC.
7

8                     **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN FRANCISCO DIVISION**

11 | SOFTVAULT SYSTEMS, INC.,       | Case No.: 3:13-cv-03087-MEJ
12 |            Plaintiff,           | **NOTICE OF WITHDRAWAL OF COUNSEL AND [~~PROPOSED~~] ORDER**
13 |     v.                          |
14 | CISCO SYSTEMS, INC.,            | [Civil L.R. 11-5(a)]
15 |            Defendant.           | Honorable ~~Maria-Elena James~~ Lucy H. Koh
16
17 | AND RELATED COUNTERCLAIMS.

---

NOTICE OF WITHDRAWAL OF COUNSEL AND [~~PROPOSED~~] ORDER, Case No. 3:13-cv-03087-MEJ

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Civil L.R. 11-5(a), Duane Morris LLP (including, but not limited to, attorneys Karineh Khachatourian and Patrick S. Salceda) hereby provides notice of its withdrawal from this action as counsel of record for Defendant/Counterclaim-plaintiff Cisco Systems, Inc. ("Cisco"). Cisco continues to be represented by counsel of record in this action, the law firm of Weil, Gotshal & Manges LLP, including California registered attorney Edward R. Reines (California Bar No. 135960), Sonal N. Mehta (California Bar No. 222086), J. Jason Lang (California Bar No. 255642), and Evan N. Budaj (California Bar No. 271213). Accordingly, the withdrawal of Duane Morris LLP does not leave Cisco without counsel of record, including California-registered counsel. Per Civil L.R. 11-5(a), Plaintiff and Counter-defendant Softvault Systems, Inc. has been given notice of Duane Morris LLP's withdrawal.

DUANE MORRIS LLP

Dated: September 12, 2013     By:   /s/ *Karineh Khachatourian*
                                    Karineh Khachatourian
                                    Patrick S. Salceda
                                    Attorneys for Defendant
                                    CISCO SYSTEMS, INC.

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that this Court enters the withdrawal of Duane Morris LLP (including, but not limited to, attorneys Karineh Khachatourian and Patrick S. Salceda), and relieves the law firm of Duane Morris LLP of all duties as counsel of record in this action for Defendant/Counterclaim-plaintiff Cisco Systems, Inc.

IT IS SO ORDERED.

Dated: 9/26/2013

*Lucy H. Koh*

Honorable ~~Maria-Elena James~~ Lucy H. Koh
United States District Judge

DM2\4464215.1

---

NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER, Case No. 3:13-cv-03087-MEJ