DUANE MORRIS LLP
Karineh Khachatourian (SBN 202634)
kkhachatourian@duanemorris.com
Patrick S. Salceda (SBN 247978)
psalceda@duanemorris.com
490 S. California Avenue, Suite 200
Palo Alto, CA 94306-2068
Telephone: 650.847.4150
Facsimile: 650.847.4151

Attorneys for Defendant/Counterclaim-plaintiff
CISCO SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No.: 3:13-cv-03087-MEJ <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL AND [~~PROPOSED~~] ORDER** <br><br> [Civil L.R. 11-5(a)] <br><br> Honorable ~~Maria-Elena James~~ Lucy H. Koh |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Civil L.R. 11-5(a), Duane Morris LLP (including, but not limited to, attorneys Karineh Khachatourian and Patrick S. Salceda) hereby provides notice of its withdrawal from this action as counsel of record for Defendant/Counterclaim-plaintiff Cisco Systems, Inc. ("Cisco"). Cisco continues to be represented by counsel of record in this action, the law firm of Weil, Gotshal & Manges LLP, including California registered attorney Edward R. Reines (California Bar No. 135960), Sonal N. Mehta (California Bar No. 222086), J. Jason Lang (California Bar No. 255642), and Evan N. Budaj (California Bar No. 271213). Accordingly, the withdrawal of Duane Morris LLP does not leave Cisco without counsel of record, including California-registered counsel. Per Civil L.R. 11-5(a), Plaintiff and Counter-defendant Softvault Systems, Inc. has been given notice of Duane Morris LLP's withdrawal.

DUANE MORRIS LLP

Dated: September 12, 2013   By: /s/ *Karineh Khachatourian*
Karineh Khachatourian
Patrick S. Salceda
Attorneys for Defendant
CISCO SYSTEMS, INC.

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that this Court enters the withdrawal of Duane Morris LLP (including, but not limited to, attorneys Karineh Khachatourian and Patrick S. Salceda), and relieves the law firm of Duane Morris LLP of all duties as counsel of record in this action for Defendant/Counterclaim-plaintiff Cisco Systems, Inc.

IT IS SO ORDERED.

Dated: 9/26/2013

*Lucy H. Koh*

Honorable ~~Maria-Elena James~~ Lucy H. Koh
United States District Judge

DM2\4464215.1

NOTICE OF WITHDRAWAL OF COUNSEL AND [~~PROPOSED~~] ORDER, CASE NO. 3:13-CV-03087-MEJ