BENEDICT O'MAHONEY (Bar No.152447)
TERRA LAW
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone:  408-299-1200
Facsimile:  408-998-4895
Email:  bomahoney@terralaw.com

JONATHAN T. SUDER (*Pro Hac Vice To Be Filed*)
CORBY R. VOWELL (*Pro Hac Vice To Be Filed*)
TODD I. BLUMENFELD (*Pro Hac Vice To Be Filed*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas  76102
Telephone:  (817) 334-0400
Facsimile:  (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com

Attorneys for Plaintiff
SOFTVAULT SYSTEMS, INC.

I. NEEL CHATTERJEE (Bar No. 173985)
nchatterjee@orrick.com
VICKIE L. FEEMAN (Bar No. 177487)
vfeeman@orrick.com
LILLIAN J. MAO (Bar No. 267410)
lmao@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone: +1-650- 614-7400
Facsimile: +1-650-614-7401

Attorneys for Defendant
MOBILE IRON, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MOBILE IRON, INC., <br><br> Defendant. | CASE NO. 5:13-cv-03088-LHK <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION** <br><br> **JURY TRIAL DEMANDED** |

- 1 -

1    Recognizing the Notice of Settlement and Motion for Extension of Time filed by Plaintiff
2 SoftVault Systems, Inc. ("Plaintiff") and Mobile Iron, Inc. ("Defendant"), it is
3    ORDERED that the deadline for Defendant to serve its Invalidity Contentions is extended
4 to January 15, 2014, that the deadline for Plaintiff and Defendant to exchange Proposed Terms
5 for Construction is extended to January 17, 2014, that the deadline for the parties to meet and
6 confer regarding proposed terms is extended to January 20, 2014, and that the deadline for the
7 parties to exchange preliminary claim constructions and identify supporting evidence and experts
8 is extended to January 22, 2014.
9    The parties have until January 15, 2014, to file the Stipulation of Dismissal.

Signed this  December 17,            , 2012

*Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE