1  BENEDICT O'MAHONEY (CA Bar No. 152447)
   **TERRA LAW LLP**
2  177 Park Avenue, Third Floor
   San Jose, California 95113
3  Telephone:  (408) 299-1200
   Facsimile:  (408) 998-4895
4  Email:  bomahoney@terralaw.com

5  JONATHAN T. SUDER (*Pro Hac Vice To Be Filed*)
   CORBY R. VOWELL (*Pro Hac Vice To Be Filed*)
6  TODD I. BLUMENFELD (*Pro Hac Vice To Be Filed*)
   **FRIEDMAN, SUDER & COOKE**
7  Tindall Square Warehouse No. 1
   604 East 4th Street, Suite 200
8  Fort Worth, Texas  76102
   Telephone:  (817) 334-0400
9  Facsimile:  (817) 334-0401
   Email:  jts@fsclaw.com
10 Email:  vowell@fsclaw.com
   Email:  blumenfeld@fsclaw.com
11
   *Counsel for Plaintiff*
12 *SOFTVAULT SYSTEMS, INC.*

13
   Jonathan M. Sobel (Pro Hac Vice)
14 Mitchell S. Feller (Pro Hac Vice)
   **SOBEL & FELLER LLP**
15 305 Madison Ave., Suite 1420
   One Grand Central Place
16 New York, NY 10165
   Telephone:  (212) 308-0600
17 Facsimile:  (212) 308-0611
   Email:  jmsobel@sobelfeller.com
18         msfeller@sobelfeller.com

19 *Counsel for Defendant*
   *MOTOROLA SOLUTIONS, INC.*
20

21                    **UNITED STATES DISTRICT COURT**

22                   **NORTHERN DISTRICT OF CALIFORNIA**

23                            **SAN JOSE DIVISION**

24  SOFTVAULT SYSTEMS, INC.,                Case No. 3-cv-13-03073-LHK

25                    Plaintiff,            **ORDER DENYING**
                                            [PROPOSED] ORDER GRANTING MOTION
26          v.                              FOR EXTENSION OF TIME FOR CLAIM
                                            CONSTRUCTION BRIEFING
27  MOTOROLA SOLLUTIONS, INC.

28                    Defendant.

1

2   Recognizing the Notice of Settlement and Motion for Extension of Time for Claim
3   Construction Briefing filed by Plaintiff SoftVault Systems, Inc. ("Plaintiff") and Defendant
4   Motorola Solutions, Inc. ("Defendant"), it is hereby

5   ORDERED that Plaintiff's Opening Claim Construction Brief is now due April 24, 2014,
6   Defendant's Claim Construction Opposition Brief is now due May 8, 2014, and Plaintiff's Claim
7   Construction Reply Brief is now due May 15, 2014.

8   Signed this **April 10, 2014** day of _____, 2014

_Lucy H. Koh_

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE



DENIED
Judge Lucy H. Koh