UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.,<br><br>                Plaintiff,<br>    v.<br><br>GENERAL ELECTRIC, INC.,<br><br>                Defendant. | Case No.: 14-CV-01164-LHK<br>Related Case Nos.: 14-CV-03215-LHK;<br>14-CV-03223-LHK; 14-CV-03221-LHK;<br>14-CV-03222-LHK; 14-CV-03212-LHK<br><br>PROPOSED CASE MANAGEMENT ORDER |
| SOFTVAULT SYSTEMS, INC.,<br><br>                Plaintiff,<br>    v.<br><br>PTC, INC.,<br><br>                Defendant. | |
| SOFTVAULT SYSTEMS, INC.,<br><br>                Plaintiff,<br>    v.<br><br>TANGOE, INC.,<br><br>                Defendant. | |

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., | ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| DASSAULT SYSTEMES SOLIDWORKS CORPORATION, | ) ) ) |
| Defendant. | ) ) ) |
| SOFTVAULT SYSTEMS, INC., | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SOPHOS, INC., | ) ) |
| Defendant. | ) ) ) |
| SOFTVAULT SYSTEMS, INC., | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| NATIONAL INSTRUMENTS CORP., | ) ) |
| Defendant. | ) ) ) |

In light of the Court's congested September 10, 2014 case management conference calendar, the Court proposes the following Case Management Order. The parties shall file any objections to the proposed case management order by September 8, 2014 at noon. If the parties file no objections, the Court will vacate the September 10, 2014 case management conferences.

<u>Softvault v. Honeywell, Case No. 14-CV-01164-LHK</u>

The parties did not comply with this Court's private mediation deadline of August 29, 2014. The parties are ordered to file a status report by September 11, 2014 informing the Court of their new mediation date with Judge Infante. The Court sets a new mediation deadline of November 15, 2014.

The case schedule remains as set in the Court's previous Case Management Order, ECF No. 25, with the exception that the time set for trial is now only 4 days because the related case, Case No. 14-CV-01166, is settling. For the convenience of the parties, the Court sets forth the schedule below:

| | |
|---|---|
| Exchange of Initial Disclosures | 6/23/2014 |
| Disclosure of Asserted Claims and Infringement Contentions | 7/7/2014 |

Case Nos.: 14-CV-01164-LHK; 14-CV-03215-LHK; 14-CV-03223-LHK; 14-CV-03221-LHK; 14-CV-03222-LHK; 14-CV-03212-LHK
PROPOSED CASE MANAGEMENT ORDER

**United States District Court**
For the Northern District of California

| | |
|---|---|
| Invalidity Contentions | 8/21/2014 |
| Parties Exchange Proposed Claim Terms for construction | 9/4/2014 |
| Last Day to Meet and Confer on Proposed Terms | 9/18/2014 |
| Parties Exchange Preliminary Claim Constructions and identify supporting evidence and experts | 10/2/2014 |
| Last Day to Meet and Confer on Narrowing Issues and Joint Claim Construction and prehearing statement | 10/16/2014 |
| Parties File Joint Claim Construction and Prehearing Statement | 10/27/2014 |
| Close of Claim Construction Discovery | 11/10/2014 |
| Claim Construction Opening Briefs Due | 12/1/2014 |
| Claim Construction Responsive Briefs Due | 12/23/2014 |
| Claim Construction Reply Briefs Due | 1/6/2015 |
| Technology Tutorial | 2/26/2015 |
| Claim Construction Hearing | 3/5/2015 |
| Fact Discovery Cutoff | 9/5/2015 |
| Parties Serve Initial Expert Reports | 9/22/2015 |
| Parties Serve Rebuttal Expert Reports | 11/6/2015 |
| Close Expert Discovery | 12/6/2015 |
| Last Day to File Dispositive Motions | 1/5/2016 |
| Hearing on Dispositive Motions | 3/3/2016 at 1:30pm |
| Final Pretrial Conference | 7/28/2016 at 1:30pm |
| Jury Trial | 8/22/2016 at 9am |
| Length of Trial | 4 days |

All other newly related cases: Case Nos. 14-CV-03215-LHK; 14-CV-03223-LHK; 14-CV-03221-LHK; 14-CV-03222-LHK; 14-CV-03212-LHK

The Court refers the parties in all these cases to private mediation with a deadline of December 18, 2014.

Each side may file only one dispositive motion in each respective case.

The Court adopts the parties' proposed discovery limits set forth in their respective Joint Case Management Statements in each case, as follows:

Case No. 14-CV-03215-LHK:
- Each party is limited to 25 interrogatories.
- Each party is limited to 50 requests for admission, not including requests for admission for the purpose of authenticating documents.

Case Nos.: 14-CV-01164-LHK; 14-CV-03215-LHK; 14-CV-03223-LHK; 14-CV-03221-LHK; 14-CV-03222-LHK; 14-CV-03212-LHK
PROPOSED CASE MANAGEMENT ORDER

- Each party is limited to 80 requests for production.
- The limits set forth in the Federal Rules of Civil Procedure shall apply to depositions. Depositions taken pursuant to Fed. R. Civ. P. 30(b)(6) shall be limited to 14 total hours per side.
- Each party is limited to 7 total hours of expert witness deposition testimony for each expert retained by the opposing party.

14-CV-03223-LHK:

- Each party is limited to 25 interrogatories.
- Each party is limited to 50 requests for admission, not including requests for admission for the purpose of authenticating documents.
- Each party is limited to 100 requests for production.
- Each party is limited to 7 total hours of expert witness deposition testimony for each expert retained by the opposing party. However, should an expert issue more than one expert report, the opposing party is entitled to 7 additional hours of expert witness deposition testimony for each additional expert report issued by the particular expert.
- Each party is limited to 10 total fact witness depositions and 70 total hours of fact witness deposition testimony. Fed. R. Civ. P. 30(b)(6) depositions are included in the 70 total hours, and the 30(b)(6) testimony shall be limited to 14 total hours per side.
- In no event shall any single deposition of a witness exceed 7 hours, with the exception that expert witnesses may be deposed for 7 hours per report provided, and 30(b)(6) witnesses can be deposed pursuant to the 14 hour limitation above. However, notwithstanding the foregoing exceptions, no deposition of a witness shall exceed 7 hours in a single day unless otherwise agreed.

14-CV-03221-LHK:

- Each party is limited to 25 interrogatories.
- Each party is limited to 50 requests for admission, not including requests for admission for the purpose of authenticating documents.
- Each party is limited to 80 requests for production.
- The limits set forth in the Federal Rules of Civil Procedure shall apply to depositions.
- Each party is limited to 7 total hours of expert witness deposition testimony for each expert retained by the opposing party. However, should an expert issue more than one expert report, the opposing party is entitled to 4 additional hours of expert witness deposition testimony for each additional expert report issued by the particular expert. Notwithstanding the foregoing exception, no deposition of an expert shall exceed 7 hours in a single day unless otherwise agreed.

14-CV-03222-LHK:

- Each party is limited to 25 interrogatories.
- Each party is limited to 50 requests for admission, not including requests for admission for the purpose of authenticating documents.
- Each party is limited to 80 requests for production.
- Each party is limited to 7 total hours of expert witness deposition testimony for each expert retained by the opposing party. However, should an expert issue more than one expert report, the opposing party is entitled to 7 additional hours of expert witness deposition testimony for each additional expert report issued by the particular expert.
- Each party is limited to 10 total fact witness depositions and 70 total hours of fact witness deposition testimony. Fed. R. Civ. P. 30(b)(6) depositions are included in the 70 total hours, and the 30(b)(6) testimony shall be limited to 14 total hours per side.
- In no event shall any single deposition of a witness exceed 7 hours, with the exception that expert witnesses may be deposed for 7 hours per report provided, and 30(b)(6) witnesses can be deposed pursuant to the 14 hour limitation above. However, notwithstanding the foregoing exceptions, no deposition of a witness shall exceed 7 hours in a single day unless otherwise agreed.

14-CV-03212-LHK:

- Each party is limited to 25 interrogatories.
- Each party is limited to 60 requests for admission, not including requests for admission for the purpose of authenticating documents.
- Each party is limited to 80 requests for production.
- Each party is limited to 7 total hours of expert witness deposition testimony for each expert retained by the opposing party. However, should an expert issue more than one expert report, the opposing party is entitled to 7 additional hours of expert witness deposition testimony for each additional expert report issued by the particular expert.
- Each party is limited to 10 total fact witness depositions and 70 total hours of fact witness deposition testimony. Fed. R. Civ. P. 30(b)(6) depositions are included in the 70 total hours, and the 30(b)(6) testimony shall be limited to 14 total hours per side.
- In no event shall any single deposition of a witness exceed 7 hours, with the exception that expert witnesses may be deposed for 7 hours per report provided, and 30(b)(6) witnesses can be deposed pursuant to the 14 hour limitation above. However, notwithstanding the foregoing exceptions, no deposition of a witness shall exceed 7 hours in a single day.

The Court sets the case schedule in all the newly related cases as follows:

| | |
|---|---|
| Exchange of Initial Disclosures | 10/3/2014 |
| Disclosure of Asserted Claims and Infringement Contentions | 10/17/2014 |
| Invalidity Contentions | 12/5/2014 |
| Parties Exchange Proposed Claim Terms for construction | 12/19/2014 |
| Last Day to Meet and Confer on Proposed Terms | 1/5/2015 |
| Parties Exchange Preliminary Claim Constructions and identify supporting evidence and experts | 1/16/2015 |
| Last Day to Meet and Confer on Narrowing Issues and Joint Claim Construction and prehearing statement | 1/30/2015 |
| Parties File Joint Claim Construction and Prehearing Statement | 2/13/2015 |
| Close of Claim Construction Discovery | 2/27/2015 |
| Claim Construction Opening Briefs Due | 3/20/2015 |
| Claim Construction Responsive Briefs Due | 4/10/2015 |
| Claim Construction Reply Briefs Due | 4/24/2015 |
| Technology Tutorial | 6/11/2015 at 1:30 pm |
| Claim Construction Hearing | 6/18/2015 at 1:30 pm |
| Fact Discovery Cutoff | 12/18/2015 |
| Parties Serve Initial Expert Reports | 1/8/2016 |

Case Nos.: 14-CV-01164-LHK; 14-CV-03215-LHK; 14-CV-03223-LHK; 14-CV-03221-LHK; 14-CV-03222-LHK; 14-CV-03212-LHK
PROPOSED CASE MANAGEMENT ORDER

| | |
|---|---|
| Parties Serve Rebuttal Expert Reports | 2/8/2016 |
| Close Expert Discovery | 3/4/2016 |
| Last Day to File Dispositive Motions | 4/1/2016 |
| Hearing on Dispositive Motions | 5/19/2016 at 1:30 pm |
| Final Pretrial Conference | 8/18/2016 at 1:30 pm |
| Jury Trial | 9/26/2016 at 9am |
| Length of Trial | 20 days (4 days per defendant) |

**IT IS SO ORDERED.**

Dated: September 4, 2014

_____
LUCY H. KOH
United States District Judge

Case Nos.: 14-CV-01164-LHK; 14-CV-03215-LHK; 14-CV-03223-LHK; 14-CV-03221-LHK; 14-CV-03222-LHK; 14-CV-03212-LHK
PROPOSED CASE MANAGEMENT ORDER